IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. C17-2050-LRR |
| v. | ) | |
| | ) | |
| SEAN CHRISTOPHER CARTER; | ) | |
| ROBIN CASSANDRA CARTER; AND | ) | |
| TRI-STATE ADJUSTMENTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING GOVERNMENT'S MOTION TO DISBURSE FUNDS

This matter coming on before the Court pursuant to Government's Motion to Disburse Funds, the Court finds:

1. This Court filed a Judgment and Decree of Foreclosure on November 13, 2017, ordering judgment in favor of Plaintiff, United States of America, and against the defendants and the mortgaged premises. (DR 11).

2. The Court ordered the subject mortgage be foreclosed, a judicial sale be held pursuant to 28 U.S.C. §§ 2001-2003, and further commanded the United States Marshal to sell the real estate. (DR 11).

3. On January 18, 2018, the subject real estate was sold by the United States Marshal's Service to Craig Friis and Debra Friis for $127,494.00. (DR 15).

4. On February 7, 2018, the United States Marshal's Service deposited with the Clerk of Court the above proceeds of the sale, less legal fees incurred by virtue of the judicial sale, for a total deposit of $127,242.10. (Unnumbered Docket Annotation entered February 7, 2018).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:** that the Clerk of the United States District Court shall disburse $127,242.10 on deposit in the Registry Fund, through a check made payable to the United States Department of Justice and delivered to the United States Attorney for the Northern District of Iowa to be applied to the Judgment.

Dated this 8th day of February, 2018.

_____
LINDA R. READE
UNITED STATES DISTRICT JUDGE